UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

KATHERINE W. YOUNG,

    Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, KATHERINE W. YOUNG, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NELSON, WATSON & ASSOCIATES, LLC, is a limited liability company. All its members are citizens of the State of Massachusetts with

its principal place of business at Lower Level, 80 Merrimack Street, Haverhill, Massachusetts 01830.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## **FACTUAL ALLEGATIONS**

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following message on Plaintiff's residential telephone on or about the dates stated:

> March 31, 2010 at 9:40 AM
> Kathy, this is Steffen calling.  It is imperative that you do return my call no later than 5pm today.  The phone number that I can be reached at is 1-800-910-5531 extension 2327.  Again that phone number is 1-800-910-5531 extension 2327.

> April 6, 2010 at 10:37 AM
> Hi, Kathy, this is Tasha you need to return my call as soon as you receive this message. I have important information I need to discuss with you. My number 800-910-5531, extension 2233.  When calling use reference number RESG384864.  I'll be in my office until 5pm (inaudible).  Again that number is 800-910-5531.  Thank you.

<u>April 8, 2010 at 8:51 AM</u>
Hi, Kathy, my name is Ricki, calling from Nelson, Watson & Associates. I do need you to return the call as soon as possible today before 5 O'clock. (Inaudible) Business issue of yours, my phone number is 800-910-5531, my direct extension is 2016. Kathy it is very important you return the call today before 5. Obviously I can't get into further detail in regards of a business issue of yours.   It is in your best intention and your best interest to return a call today before 5.  Also when returning the call you will need this reference code REFG384864, you return the today before 5.

<u>May 12, 2010 at 3:08 PM</u>
Hi, Kathy, This is Kalb, from Nelson, Watson & Associates.  I do need to speak with you today no later than 9pm Eastern time. We have left several message, please take this call serious. This not a sales or solicitation call. The number you can reach me at 800-830-0284, extension 2369.  Again, no later than 9pm eastern standard time, thank you.

<u>May 19, 2010 at 12:35 PM</u>
Kathy Young, this is Nicole, from office Nelson, Watson & Associates. You need to get back to me today as soon as you get this message, at 1-800-910-5531 extension 2089. I will be in the office today until 9pm.  Please refer to reference number RESG384864.

<u>May 25, 2010 at 9:26 AM</u>
Kathy Young, This is (inaudible), calling with Nelson, Watson & Associates. Kathy I'm looking to speak with you immediately regarding a matter of yours in my office. I do strongly urge that you return this call back to me no later than 5pm today. My direct office line is 1-800-910-5531, extension is 2023.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

3

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of

4

Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
>     Donald A. Yarbrough, Esq.
>     Florida Bar No. 0158658

5